Submitted on record and briefs April 12, reversed May 2, 1984

STATE OF OREGON,
*Respondent,*

*v.*

DENNIS A. MILLER,
*Appellant.*

(#M-175956; CA A30594)

680 P2d 390

Charles P. Denkers, Portland, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Linda DeVries, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, Joseph, Chief Judge, and Warden, Judge.

PER CURIAM

**PER CURIAM**

Defendant was charged with violating ORS 482.655. At trial he produced a duplicate Oregon driver's license issued under ORS 482.290(1). The state concedes that a duplicate license is legally the same as an original license and that defendant proved the defense under *former* ORS 482.655(2).

Reversed.